■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SYLVESTER PETERSON, Appellant. [665 NYS2d 343] —Appeal from a judgment of the County Court of Columbia County (Zittell, J.), rendered January 13, 1994, convicting defendant upon his plea of guilty of the crimes of intimidating a victim or witness in the first degree, assault in the first degree, assault in the second degree and escape in the second degree.

Defense counsel seeks to be relieved of her assignment as counsel for defendant on the ground that there are no nonfrivolous issues that can be raised on appeal. Our review of both the record and defense counsel's brief leads to the same conclusion. Defendant entered a knowing, voluntary and intelligent plea of guilty of the crimes of intimidating a victim or witness in the first degree, assault in the first degree, assault in the second degree and escape in the second degree. His sentence was in full accordance with both the plea agreement and the relevant statutory requirements. The judgment is, accordingly, affirmed and defense counsel's application for leave to withdraw is granted (*see, People v Cruwys*, 113 AD2d 979, *lv denied* 67 NY2d 650).

Mikoll, J. P., Crew III, White, Peters and Spain, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.